```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 10247
    LARRY NEELY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5423

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 04/24/2008 and was confirmed 07/07/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/10/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
HOUSEHOLD FINANCE CORP     CURRENT MORTG           .00            .00            .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG           .00            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY            4395.53            .00            .00
CAPITAL ONE                UNSECURED            254.06            .00            .00
DIRECT MERCHANTS BANK      UNSECURED         NOT FILED            .00            .00
DIRECT MERCHANTS BANK      UNSECURED         NOT FILED            .00            .00
LVNV FUNDING LLC           UNSECURED             566.00           .00            .00
HSBC                       UNSECURED             158.38           .00            .00
ECAST SETTLEMENT CORP      UNSECURED             177.35           .00            .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE           .00            .00            .00
HOUSEHOLD FINANCE CORP     MORTGAGE ARRE           .00            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED             196.67           .00            .00
SANTANDER CONSUMER USA     NOTICE ONLY       NOT FILED            .00            .00
SANTANDER CONSUMER USA     UNSECURED            9295.39           .00            .00
CAPITAL ONE                UNSECURED             445.92           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,831.50                        901.60
TOM VAUGHN                 TRUSTEE                                             78.40
DEBTOR REFUND              REFUND                                                .00

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 980.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  901.60
TRUSTEE COMPENSATION                             78.40
DEBTOR REFUND                                      .00
                      ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 10247 LARRY NEELY
```

| | | |
|---|---|---|
| TOTALS | 980.00 | 980.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE